IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOYCE ELAINE HANAN** | : | Civil No. 1:16-CV-2020 |
| **Plaintiff,** | : | |
| v. | : | |
| **J.J. HAINES & CO., INC.** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant J.J. Haines & Co., Inc.'s motion for summary judgment (Doc. 19) is **GRANTED**. The Clerk of Court is directed to close this case.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: February 15, 2018